UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

San Francisco Division

| | |
|---|---|
| TOTAL PROPERTY SOLUTIONS, INC.<br>a California corporation<br><br>　　　　　　　　Plaintiff,<br>vs.<br><br>DRF INSTALLATIONS, INC,<br>an Illinois corporation<br><br>　　　　　　　　Defendant, | CASE NO.: CV3:11-cv-05706-EMC<br><br>[PROPOSED] ORDER REGARDING STIPULATION TO CONTINUE THE HEARING ON DEFENDANT'S MOTION TO DISMISS FOR LACK OF PERSONAL JURISDICTION AND CASE MANAGEMENT CONFERENCE<br><br>[The Hon. Edward M. Chen] |

　　The Court having reviewed the Stipulation by the parties and further having reviewed the basis therefore, PURSUANT TO STIPULATION, IT IS SO ORDERED that:

　　1.　　The Law and Motion Hearing on Defendant's Motion to Dismiss for Lack of Personal Jurisdiction be continued from March 9, 2012, to April 13, 2012, at 1:30 p.m.

　　2.　　The Case Management Conference be continued from April 3, 2012, to April 13, 2012, at 1:30 p.m.

DATED:　__3/2/12__　　　　　　By:　_____
　　　　　　　　　　　　　　　　　　　Hon. Edward M. Chen
　　　　　　　　　　　　　　　　　　　United States District Court

*IT IS SO ORDERED*
*Judge Edward M. Chen*

3
3:11-cv-05706-EMC:  Stipulation to Continue the Hearing on Defendant's Motion to Dismiss and Case Management Conference