UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

San Francisco Division

| | |
|---|---|
| TOTAL PROPERTY SOLUTIONS, INC.<br>a California corporation<br><br>    Plaintiff,<br><br>vs.<br><br>DRF INSTALLATIONS, INC,<br>an Illinois corporation<br><br>    Defendant, | CASE NO.: CV3:11-cv-05706-EMC<br><br>[PROPOSED] ORDER REGARDING STIPULATION TO CONTINUE THE HEARING ON DEFENDANT'S MOTION TO DISMISS FOR LACK OF PERSONAL JURISDICTION AND CASE MANAGEMENT CONFERENCE<br><br>[The Hon. Edward M. Chen] |

The Court having reviewed the Stipulation by the parties and further having reviewed the basis therefore, PURSUANT TO STIPULATION, IT IS SO ORDERED that:

1. The Law and Motion Hearing on Defendant's Motion to Dismiss for Lack of Personal Jurisdiction be continued from March 9, 2012, to April 13, 2012, at 1:30 p.m.

2. The Case Management Conference be continued from April 3, 2012, to April 13, 2012, at 1:30 p.m.

DATED: _____3/2/12_____      By: _____
                     Hon. Edward M. Chen

*IT IS SO ORDERED*
*Judge Edward M. Chen*

3

3:11-cv-05706-EMC: Stipulation to Continue the Hearing on Defendant's Motion to Dismiss and Case Management Conference