1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**San Francisco Division**

| | |
|---|---|
| TOTAL PROPERTY SOLUTIONS, INC.<br>a California corporation<br><br>                     Plaintiff,<br><br>    vs.<br><br>DRF INSTALLATIONS, INC,<br>an Illinois corporation<br><br>                     Defendant, | CASE NO.: CV3:11-cv-05706-EMC<br><br>**[PROPOSED] ORDER REGARDING STIPULATION TO CONTINUE THE HEARING ON DEFENDANT'S MOTION TO DISMISS FOR LACK OF PERSONAL JURISDICTION AND CASE MANAGEMENT CONFERENCE**<br><br>[The Hon. Edward M. Chen ] |

The Court having reviewed the Stipulation by the parties and further having reviewed the basis therefore, PURSUANT TO STIPULATION, IT IS SO ORDERED that:

1. The Law and Motion Hearing on Defendant's Motion to Dismiss for Lack of Personal Jurisdiction be continued from April 13, 2012, to May 18, 2012, at 1:30 p.m.

///
///
///
///
///
///

2. The Case Management Conference be continued from April 13, 2012, to May 18, 2012, at 1:30 p.m.

3. All deadlines set forth under Federal Rule of Civil Procedure 26 and the Court's Civil Local Rules and ADR Local Rules related to Case Management and alternative dispute resolution be hereby reset to coincide with the continued date for the Case Management Conference.

DATED: 3/26/12 _____  By: _____
Hon. Edward M. Chen
United States District



**5**
3:11-cv-05706-EMC: Stipulation to Continue the Hearing on Defendant's Motion to Dismiss and Case Management Conference