Timothy C. Williams, Esq., SBN 128520
D. Alexander Floum, Esq., SBN 152287
THE WILLIAMS FIRM
1850 Mt. Diablo Blvd., Suite 340
Walnut Creek, California 94596
Telephone:  (925) 933-9800
Facsimile:  (925) 933-9810
Email: afloum@williams-firm.com

# UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TOTAL PROPERTY SOLUTIONS, INC. a California Corporation<br><br>Plaintiff,<br><br>v.<br><br>DRF INSTALLATIONS, INC., an Illinois Corporation<br><br>Defendants. | CASE NO:  3:11-cv-05706-EMC<br><br>STIPULATION FOR DISMISSAL OF ACTION WITH PREJUDICE<br>[Fed. R. Civ. P. 41(a)(1)(A)(ii)]<br><br>ORDER |

## STIPULATION FOR DISMISSAL WITH PREJUDICE

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), **IT IS HEREBY STIPULATED** by and between TOTAL PROPERTY SOLUTIONS, INC. a California Corporation ("Plaintiff"), on the one hand, DRF INSTALLATIONS, INC., an Illinois Corporation ("Defendant""), on the other hand, by and through their respective counsel of record herein, that Plaintiff's Complaint, including all claims therein, shall be **DISMISSED WITH PREJUDICE**.

Each party to bear their own fees and costs.

**IT IS SO STIPULATED.**

Dated: April 26, 2012                    _____/DAF/_____
D. Alexander Floum, Esq.
THE WILLIAMS FIRM
1850 Mt. Diablo Blvd., Suite 340
Walnut Creek, California 94596
Telephone: (925) 933-9800
Facsimile: (925) 933-9810
Email: afloum@williams-firm.com


Attorneys for Plaintiff,
TOTAL PROPERTY SOLUTIONS, INC., a California Corporation


Dated: April 26, 2012                    _____/JHB/_____
Joel H. Bock, Esq.
COOK ALEX, LTD
200 West Adams St., Suite 2850
Chicago, Illinois 60606
Telephone: (312) 334-8555
Facsimile: (312) 236-8176
Email: JBock@cookalex.com

Attorneys for Defendant,
DRF INSTALLATIONS, INC., an Illinois Corporation


IT IS SO ORDERED:


_____
Edward M. Chen
U.S. District Judge

*[Seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED, signed Judge Edward M. Chen]*